UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER MANNIX,<br><br>Defendant. | 1:25-cv-00529-SAB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 4)<br><br>**FOURTEEN DAY DEADLINE** |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On May 9, 2025, the Court ordered Plaintiff to pay the $405.00 filing fee or submit an application to proceed in forma pauperis within forty-five days. (ECF No. 4.) Plaintiff has failed to comply with the Court's order and the time to do so has passed.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order. <u>Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed for the reasons stated above</u>.

IT IS SO ORDERED.

Dated: __June 30, 2025__                              _____

STANLEY A. BOONE
United States Magistrate Judge