**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER MANNIX,<br><br>　　　　Defendant. | Case No. 1:25-cv-0529 JLT SAB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

Jonathan Christopher Coffer initiated this civil rights action pursuant to 42 U.S.C. § 1983 against his attorney on May 6, 2025. (*See generally* Doc. 1.) Plaintiff did not pay the Court's filing fee or apply to proceed in forma pauperis in this matter, despite being ordered to do so. (*See* Docs. 4, 5.) The assigned magistrate judge found Plaintiff failed to prosecute the action and failed to comply with the Court's orders. (Doc. 7 at 1-2.) The magistrate judge found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit. (*Id.* at 2-3.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 3.)

The Court served these Findings and Recommendations on Plaintiff and notified him at that any objections were due within 14 days. (Doc. 7 at 4-5.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file

objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 25, 2025 (Doc. 7) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to pay the filing fee, failure to obey the Court's orders, and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 13, 2025**

UNITED STATES DISTRICT JUDGE

2